**IN THE UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:07cv065**

| | |
|---|---|
| **NICHOLAS CRESPO,** | ) |
| Plaintiff | ) |
| | ) **ORDER** |
| v | ) |
| **DELTA APPAREL, INC.,** | ) |
| Defendant. | ) |

THIS MATTER coming on before the court, pursuant to the court's own motion. The undersigned has received from the parties a Certification and Report (#15) of the initial attorney's conference as required by Federal Rule of Civil Procedure 26(f). In examining the court file in this matter, the undersigned has discovered that several motions are pending in this file for decision by the District Court:

The decision of the District Court in regard to those pending motions would affect the Pretrial Order and Case Management Plan to be entered by the undersigned. The undersigned has consulted with the District Court concerning this issue and based upon that consultation and the undersigned's examination of the file, the undersigned has determined to stay the entry of the Pretrial Order and Case Management Plan pending the ruling of the District Court upon the pending motions.

**ORDER**

IT IS, THEREFORE, **ORDERED** that the entry of the Pretrial Order and Case Management Plan is **STAYED** pending orders of the District Court in regard to the pending motions.

Signed: October 29, 2007

Dennis L. Howell
United States Magistrate Judge