# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:07cv65

| | |
|---|---|
| NICHOLAS CRESPO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DELTA APPAREL, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on periodic case review. Review of this matter reveals that the district court has disposed of the defendant's Motion to Dismiss, plaintiff's Motion to Remand, defendant's Motion to Strike, and defendant's Alternative Motion to Dismiss. In light of the district court's resolution of those motions, the court will require respective counsel to conduct a new IAC (by phone) and file a new CIAC not later than the close of business on October 22, 2008, outlining the needs of this case.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the parties file a new CIAC not later than the close of business on October 22, 2008.

Signed: October 16, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge